**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-CV-2319-RB-PAC

DONALD STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY, and
CADWALADER, WICKERSHAM & TAFT, LLP

    Defendants.

---

**ORDER**

---

THIS MATTER coming before the Court on Plaintiffs' June 30, 2005 Unopposed Motion to Vacate and Reset Scheduling Conference, and the Court being fully advised in the premises,

HEREBY GRANTS the motion and ORDERS that the Scheduling/Planning Conference scheduled for August 11, 2005, at 9:30 a.m. is vacated and reset to **August 25, 2005**, at 9:00 a.m. The proposed scheduling order is due five days before the conference.

Dated this 30th day of June 2005.    BY THE COURT:

                                                  s/ Patricia A. Coan
                                    Patricia A. Coan, Magistrate Judge