**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY, and
CADWALADER, WICKERSHAM & TAFT, LLP,

    Defendants.

---

## MINUTE ORDER

---

    Defendant CWT's Unopposed Motion for Leave to File Supporting Memorandum in Excess of Page Limit [#62], filed August 1, 2005, is DENIED.

Dated: August 2, 2005
-----------------------------------------------------------------------------------------------------------------