IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-RB-2319 (PAC)

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY, and
CADWALADER, WICKERSHAM & TAFT, LLP

    Defendants.

## ORDER

This matter coming to be heard on Old Republic's July 12, 05 Motion for Leave to Designate Responsible Nonparties, and upon good cause shown, IT IS HEREBY ORDERED: that the motion is granted.

Defendant Old Republic Insurance Company shall have until August 11, 2005, to Designate Responsible Nonparties. This Order is without prejudice to Old Republic's right to seek leave to amend or add additional Responsible Nonparties pursuant to Colorado Revised Statute §13-21-111.5 at any time. The Clerk shall date stamp + file the attached designation of responsible non parties. A signed designation shall be filed by 8-16-05.

ENTERED this 10th day of ~~July~~ August, 2005.

                                s/ Patricia A. Coan
                                Honorable Patricia A. Coan
                                Magistrate Judge, United States District Court

71573v1