**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY, and
CADWALADER, WICKERSHAM & TAFT, LLP,

    Defendants.

## MINUTE ORDER

    CWT's Motion to Compel Arbitration, for the Appointment of an Arbitrator, and to Stay the Claims Against CWT Pending Arbitration [#114] and CWT's Memorandum of Law in Support of its Motion to Compel Arbitration, for the Appointment of an Arbitrator, and to Stay the Claims Against CWT Pending Arbitration [#116], both filed October 11, 2005, are STRICKEN for failure to comply with this court's practice standard REB Civ. Practice Standard V.A.1. Defendant CWT shall have until **October 21, 2005**, in which to re-file its motion and supporting memorandum in compliance with this practice standard.

Dated: October 12, 2005
----------------------------------------------------------------------------------------------------------------