**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY,  and
CADWALADER, WICKERSHAM & TAFT, LLP,

    Defendants.

---

## MINUTE ORDER

---

    CWT's Motion for Leave to Submit Reply in Support of its Objection to Magistrate Judge's Orders [#134], filed November 28, 2005, is GRANTED.  Defendant CWT shall have until the end of business today, **November 29, 2005**, in which to file their reply.

Dated:  November 29, 2005
-----------------------------------------------------------------------------------------------------------