IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiff(s),

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
CERTAIN UNDERWRITERS AT LLOYD'S LONDON,
GENESIS INSURANCE COMPANY, and
GULF INSURANCE COMPANY,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Withdraw Plaintiffs' Motion for Expedited Discovery Directed to the Issue of Subject Matter Jurisdiction and Request for Conference with Magistrate Judge [filed December 5, 2005] is **granted in part** and **denied in part** as follows:

    The Unopposed Motion to Withdraw is **GRANTED.**

    Plaintiffs' Motion for Expedited Discovery is **DENIED.**

    The Request for Conference with Magistrate Judge is **denied as moot.**

Dated:  December 6, 2005