**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

     Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY, and
CADWALADER, WICKERSHAM & TAFT, LLP,

     Defendants.

## MINUTE ORDER

     Plaintiffs' Unopposed Motion to Stay Ruling on Motion to Dismiss [#144], filed December 21, 2005, is GRANTED. Discovery is stayed until **January 12, 2006**. The parties shall file a joint status report by the close of business on **January 13, 2006**, on the issue of whether further briefing is necessary on the pending motion to dismiss.

Dated: December 22, 2005
-------------------------------------------------------------------------------------------------------