## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-RB-2319 (PAC)

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY, and
CADWALADER, WICKERSHAM & TAFT, LLP

    Defendants.
_____

## ORDER
_____

This matter comes before the Court on Plaintiffs' Unopposed Combined Motion for Further Stay of Ruling on Motion to Dismiss and Motion for Further Stay of Discovery, the Court being advised, good cause having been shown,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED.** The Court will stay its ruling on the Motion to Dismiss. Discovery is **STAYED** through **January 30, 2006**, and the Order to provide a deposition schedule on or before January 15, 2006, is hereby **VACATED**. The parties shall file a status report by the close of business on **February 1, 2006**, advising on the status of settlement negotiations, and seeking to reset any of

1

the pre-trial and discovery deadlines vacated by the Court.

Dated January 12, 2006, 2006.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge