**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 04-cv-02319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPIZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY, and
CADWALADER, WICKERSHAM & TAFT, LLP,

    Defendants.

# ORDER

**Blackburn, J.**

    I am in receipt of the **Status Report of Plaintiffs and Defendants Cadwalader, Wickersham & Taft LLP, Genesis Insurance Company and Zurich American Insurance Company** [#156], filed March 8, 2006, as well as **Old Republic Insurance Company's Status Report** [#157], filed March 8, 2006.  Plaintiffs and defendants Cadwalader, Wickersham & Taft LLP, Genesis Insurance Company and Zurich American Insurance Company ("the settling defendants") seek a further stay of discovery and of resolution of the pending motions while they continue to finalize their settlement agreement.  This is their fifth request for an extension of the stay since it was originally entered on December 22, 2005.

Defendant Old Republic Insurance Company ("Old Republic"), which is not a party to the proposed settlement, objects to any further continuance of the stay of discovery. Old Republic served interrogatories and requests for production of documents on plaintiffs on November 29, 2005, at which time it agreed to allow plaintiffs until January 12, 2006, to respond. Before the deadline arrived, plaintiffs and the settling defendants moved for and were granted the stay of discovery, which remains in effect. Old Republic's discovery requests consequently remain pending.

The time has come for this matter to move forward. To that end, I enter the following orders.

**THEREFORE, IT IS ORDERED** as follows:

1. That the stay in this case **SHALL BE EXTENDED** until **Wednesday, March 29, 2006**;

2. That by no later than the close of business on **Wednesday, March 29, 2006**, plaintiffs and the settling defendants **SHALL FILE** their settlement documents, if any;

3. That no further extensions of the stay shall be granted, absent a detailed and specific showing of good cause; and

4. That the stay **SHALL BE LIFTED** on **Thursday, March 30, 2006**, or on the day following filing of the settlement documents, whichever first occurs, without further notice, hearing, or order.

Dated March 9, 2006, at Denver, Colorado.

              **BY THE COURT:**

              **s/ Robert E. Blackburn**
              **Robert E. Blackburn**
              **United States District Judge**