IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiff(s),

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
CERTAIN UNDERWRITERS AT LLOYD'S LONDON,
GENESIS INSURANCE COMPANY, and
GULF INSURANCE COMPANY,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiffs' Motion for Clarification Re: Pre-Trial Deadlines dated March 3, 2006 (doc. 155) is granted.

    IT IS FURTHER **ORDERED** that all deadlines in the scheduling order entered on August 25, 2005 are **vacated**.

    IT IS FURTHER **ORDERED** that the remaining parties shall draft a proposed amended scheduling order and tender it to the court by **April 14, 2006**.

    IT IS FURTHER **ORDERED** that a Status/Scheduling Conference is set for **April 26, 2006 at 10:30 a.m.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  March 22, 2006