IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY, and
CADWALADER, WICKERSHAM & TAFT, LLP

    Defendants.
_____

**ORDER**
_____

This matter comes before the Court on **Plaintiffs' Motion for Approval of Settlement Agreement and Release** [#164] filed March 29, 2006.  I grant the motion.

**IT IS HEREBY ORDERED** that said Motion [#164] is **GRANTED.**  The Court approves the Settlement Agreement and Release and finds that the covenant not to sue and releases given to Genesis and Zurich in the Settlement Agreement and Release have been given in good faith.  The Court further finds that the covenant not to sue and

release given by Genesis and Zurich to the Officers and Directors has been given in good faith.

Dated May 3, 2006, at Denver, Colorado.

**s/ Robert E. Blackburn**
**United States District Judge**
