IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

     Plaintiff(s),

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
CERTAIN UNDERWRITERS AT LLOYD'S LONDON,
GENESIS INSURANCE COMPANY, and
GULF INSURANCE COMPANY,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Plaintiffs' Motion for Leave to File Fourth Amended Complaint [filed March 29, 2006; Doc. No. 162] is **GRANTED.**  The tendered Fourth Amended Complaint and Jury Demand shall be filed this date.

Dated:  May 4, 2006