**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02319-REB-PAC

DONALD L. STURM, et al.,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY, and
CADWALADER, WICKERSHAM & TAFT, LLP,

    Defendants.

_____

**ORDER OF DISMISSAL AS TO
DEFENDANTS ZURICH AMERICAN INSURANCE COMPANY,
GENESIS INSURANCE COMPANY
AND CADWALADER, WICKERSHAM & TAFT, LLP**
_____

**Blackburn, J.**

On May 15, 2006, a **Joint Stipulation and Motion of Plaintiffs, Zurich, Genesis and Cadwalader, Wickersham & Taft, LLP for Dismissal of Claims With Prejudice** [#185]. After careful review of the motion and the file, the court has concluded that the motion should be granted and the plaintiffs' claims against defendants, Zurich American Insurance Company, Genesis Insurance Company, and Cadwalader, Wickersham & Taft, LLP, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation and Motion of Plaintiffs, Zurich, Genesis and Cadwalader, Wickersham & Taft, LLP for Dismissal of Claims With Prejudice** [#185] filed May 15, 2006, **IS APPROVED** and **GRANTED**;

2. That the plaintiffs' claims against defendants, Zurich American Insurance Company, Genesis Insurance Company, and Cadwalader, Wickersham & Taft, LLP,

are **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs;

3. That any motions filed by or on behalf of defendants, Zurich American Insurance Company, Genesis Insurance Company, or Cadwalader, Wickersham & Taft, LLP, are **DENIED** as moot; and

4. That defendants, Zurich American Insurance Company, Genesis Insurance Company, and Cadwalader, Wickersham & Taft, LLP, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated May 16, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**