IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

      Plaintiff(s),

v.

OLD REPUBLIC INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
CERTAIN UNDERWRITERS AT LLOYD'S LONDON,
GENESIS INSURANCE COMPANY, and
GULF INSURANCE COMPANY,

      Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Old Republic Insurance Company's Unopposed Motion for Leave to Designate Additional Responsible Nonparties dated May 15, 2006 (doc. 184) is granted. The Supplemental Designation of Responsible Nonparties tendered to the court May 15, 2006 will be entered on this date.

Dated:  May 16, 2006