IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02319–REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

    Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,

    Defendant.

---

## [PROPOSED] ORDER GRANTING JOINT MOTION
## TO AMEND THE AMENDED SCHEDULING ORDER

---

THIS MATTER having come before the Court on the parties Joint Motion to Amend the Amended Scheduling Order [Doc # 201], and the Court being fully advised in the premises and finding that good cause has been demonstrated to grant the proposed relief;

IT IS HEREBY ORDERED that the Motion is GRANTED. The Court Orders that the parties shall have up to and including October 1, 2006 within which to serve their expert information under Rule 26(a)(2) and, up to and including, October 13, 2006, to serve their rebuttal expert witness information under Rule 26(a)(2).

DATED this 1st day of September, 2006.

BY THE COURT:

s/ Patricia A. Coan
United States Magistrate Judge Patricia A. Coan