**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM, and
JAMES O. SPITZENBERGER,

      Plaintiffs,

v.

OLD REPUBLIC INSURANCE COMPANY,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

**Blackburn, J.**

The matters comes before the court are (1) **Joint Stipulation for Dismissal with Prejudice Between Plaintiffs Donald L. Sturm, Melanie L. Sturm, and James O. Spitzenberger and Defendant Old Republic Insurance Company** [#219], filed January 12, 2007, and (2) **Joint Stipulation for Dismissal with Prejudice Between Plaintiffs Donald L. Sturm, Melanie L. Sturm, and James O. Spitzenberger and Defendant Old Republic Insurance Company** [#219], filed January 12, 2007.  After careful review of the stipulations and the file, the court has concluded that the stipulations should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal with Prejudice Between Plaintiffs Donald L. Sturm, Melanie L. Sturm, and James O. Spitzenberger and Defendant Old Republic Insurance Company** [#219], filed January 12, 2007, and the **Joint Stipulation for Dismissal with Prejudice Between Plaintiffs Donald L. Sturm, Melanie L. Sturm, and James O. Spitzenberger and Defendant Old Republic**

**Insurance Company** [#219], filed January 12, 2007 are **APPROVED**;

    2.  That any other pending pretrial motion **IS DENIED**;

    3. That the Trial Preparation Conference set for February 16, 2007, is **VACATED**;

    4.  That the jury trial set to commence March 5, 2007, is **VACATED**; and

    5.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

Dated January 16, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**