**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02319-REB-PAC

DONALD L. STURM,
MELANIE L. STURM,
JOHN C. STISKA,
JAMES O. SPITZENBERGER,
PAUL C. ADAMS, and
SHELDON S. OHRINGER,

     Plaintiffs,
v.

OLD REPUBLIC INSURANCE COMPANY,

     Defendant.
_____

**AMENDED
ORDER OF DISMISSAL**
_____

**Blackburn, J.**

     The matter comes before the court *sua sponte* to amend the court's **Order of Dismissal** [#220], entered January 16, 2007, to reflect correctly the stipulations that are before the court for consideration.  The matters before the court are (1) the **Joint Stipulation for Dismissal with Prejudice Between Plaintiffs Paul C. Adams, John C. Stiska, and Sheldon S. Ohringer and Defendant Old Republic Insurance Company** [#218], filed January 12, 2007, and (2) the **Joint Stipulation for Dismissal with Prejudice Between Plaintiffs Donald L. Sturm, Melanie Sturm, and James O. Spitzenberger and Defendant Old Republic Insurance Company** [#219], filed January 12, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulations should be approved and that this action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED as follows:

1. That the **Joint Stipulation for Dismissal with Prejudice Between Plaintiffs Paul C. Adams, John C. Stiska, and Sheldon S. Ohringer and Defendant Old Republic Insurance Company** [#218], filed January 12, 2007, and the **Joint Stipulation for Dismissal with Prejudice Between Plaintiffs Donald L. Sturm, Melanie Sturm, and James O. Spitzenberger and Defendant Old Republic Insurance Company** [#219], filed January 12, 2007 **ARE APPROVED**;

2. That any other pending pretrial motion **IS DENIED**;

3. That the Trial Preparation Conference set for February 16, 2007, **IS VACATED**;

4. That the jury trial set to commence March 5, 2007, **IS VACATED**;

5. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

6. That this order **SUPPLANTS AND SUPERSEDES** the **Order of Dismissal** [#220] entered this date.

Dated January 16, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge